Thilde L. Sonnenberg, appellee, v. Arabella R. Orr et al., appellants. Gen. No. 38,630.

Opinion filed December 30, 1935.

Heile, Cavender, Milchrist & Kaiser, for appellants. Spitz & Adcock, for appellee; Edward Blackman, of counsel.

Mr. Justice Friend delivered the opinion of the court.

Archie Schimberg and S. H. Alster, trading as Friedman, Schimberg & Alster, appellees, v. Merchandise Bank and Trust Company, appellant. Gen. No. 37,954.

Opinion filed December 30, 1935.

Potter & Gray, for appellant; George Delbert Gray, of counsel. Friedman, Schimberg & Alster and Maurice Walk, for appellees.

Mr. Justice John J. Sullivan delivered the opinion of the court.

John Croft, defendant in error, v. Harry P. Pearsons et al., plaintiffs in error. Gen. No. 38,072.

Opinion filed December 30, 1935.

Lloyd C. Whitman, for plaintiffs in error. Hugo J. Thal, for defendant in error.

Mr. Justice John J. Sullivan delivered the opinion of the court.

John W. Dobbins, defendant in error, v. Harry P. Pearsons et al., plaintiffs in error. Gen. No. 38,073.

Opinion filed December 30, 1935.

Lloyd C. Whitman, for plaintiffs in error. Hugo J. Thal, for defendant in error.

Mr. Justice John J. Sullivan delivered the opinion of the court.